

# Fourth Court of Appeals
## San Antonio, Texas

June 27, 2018

No. 04-18-00156-CV

**MMM 410 BAR AND GRILL, LLC,**
Appellant

v.

Jose **FONG**, Ericka Fong, Loop 410 Development, LTD Co., and EFJFM, LLC,
Appellees

From the 408th Judicial District Court, Bexar County, Texas
Trial Court No. 2018CI01524
Honorable Cathleen M. Stryker, Judge Presiding

# O R D E R

Appellant's brief was due on June 21, 2018. Neither the brief nor a motion for extension of time has been filed.

We, therefore, ORDER Appellant MMM 410 Bar and Grill, LLC to file, on or before **July 9, 2018,** its appellant's brief and a written response reasonably explaining (1) its failure to timely file the brief and (2) why appellees are not significantly injured by appellant's failure to timely file a brief. If appellant fails to file a brief and the written response by the date ordered, we will dismiss the appeal for want of prosecution. *See* TEX. R. APP. P. 38.8(a); *see also* TEX. R. APP. P. 42.3(c) (allowing involuntary dismissal if appellant has failed to comply with a court order).

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 27th day of June, 2018.

_____
KEITH E. HOTTLE,
Clerk of Court